COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jonathan Germaine Perkins v. The State of Texas

Appellate case number:    01-12-00479-CR

Trial court case number:  1316854

Trial court:              339th District Court of Harris County

The complete record has been filed in the above-referenced appeal. Appellant's appointed counsel, Kurt B. Wentz, has not filed a brief on appellant's behalf. Appellant's brief was first due on August 9, 2012. *See* TEX. R. APP. P. 38.6. On March 1, 2013, the Court granted appellant's third motion for extension of time to file a brief, ordering that appellant's brief be filed no later than April 5, 2013. On April 16, 2013, the Clerk of the Court notified appellant that a brief had not yet been filed and required a response within 10 days. *See* TEX. R. APP. P. 38.8(b)(2). Appellant did not respond. Because appellant has not filed a brief, we must abate the appeal and remand the case to the trial court for a hearing. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04(j)(2) (West Supp. 2012); TEX. R. APP. P. 38.6, 38.8(b)(2).

We direct the trial court to conduct a hearing at which a representative of the Harris County District Attorney's Office and Kurt B. Wentz shall be present. Appellant shall also be present for the hearing in person or, if appellant is incarcerated, at the trial court's discretion, appellant may participate in the hearing by closed-circuit video teleconferencing.[1] The trial court shall have a court reporter record the hearing. The trial court is directed to make appropriate findings on these issues:

    (1)   whether appellant wishes to prosecute the appeal; and, if so,

    (2)   whether good cause exists to relieve Kurt B. Wentz of his duties as appellant's counsel; and

    (3)   if good cause exists, enter a written order relieving Kurt B. Wentz of his duties as

---

1    Any such teleconference must use a closed-circuit video teleconferencing system that provides for a simultaneous compressed full motion video and interactive communication of image and sound between the trial court, appellant, and any attorneys representing the State or appellant. On request of appellant, appellant and his counsel shall be able to communicate privately without being recorded or heard by the trial court or the attorney representing the State.

appellant's counsel, including in the order the basis for and finding of good cause, and determine whether appellant is presently

    (a) indigent, in which case the trial court should appoint substitute counsel at no expense to appellant, or

    (b) not indigent, in which case the trial court should establish a date by which appellant shall retain counsel;

    (4)   if good cause does not exist to relieve Kurt B. Wentz of his duties as appellant's counsel, set a date certain by which appellant's brief will be filed, notwithstanding whether this Court has yet reinstated the appeal and not later than 30 days from the date of the hearing.

*See* TEX. CODE CRIM. PROC. ANN. arts. 1.051(d), 26.04(j)(2) (West Supp. 2012); TEX. R. APP. P. 38.8(b).

The trial court shall cause its findings and recommendations, including the name, address, telephone number, and State Bar number of any substitute counsel, and the reporter's record of the hearing to be filed in this Court **on or before June 17, 2013.** If the hearing is conducted by video teleconference, the trial court's findings and recommendations and a certified video recording of the hearing shall be filed in this Court not later than June 17, 2013.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when supplemental clerk's record that complies with this order is filed in this Court. The trial court coordinator shall set a hearing date and notify the parties and the Clerk of this Court of such date**.**

    It is so **ORDERED**.


Judge's signature:  /s/ Jane Bland
                      X  Acting individually    ☐ Acting for the Court


Date:  May 15, 2013